THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Christopher Franklin, Appellant.
 
 
 

Appeal From Beaufort County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2006-UP-093
Submitted February 1, 2006  Filed February 14, 2006

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.  
 
 
 

PER CURIAM:  Christopher Franklin appeals his conviction for murder and sentence of life imprisonment.  Franklin argues the trial court erred in failing to instruct the jury on self-defense.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Franklins appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.